IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| TILON LASHON CARTER, § | |
|     Petitioner, § | |
| § | |
| v. § | Civil Action No. 4:10-cv-00969-Y |
| § | |
| LORIE DAVIS, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

    This notice is filed to inform the Court that the undersigned attorney will be acting as lead counsel in this case.

    Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

  s/ Erich Dryden
\*ERICH DRYDEN
Assistant Attorney General
State Bar No. 24008786

\*Lead Counsel

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on May 27, 2020, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorney of record, who consented in writing to accept this notice as service of this document by electronic means:

Robin Norris
Attorney at Law
2408 Fir St
El Paso, TX 79925
(915) 590-4446
robinnorris@sbcglobal.net

Jeremy Don Schepers-FDP
Assistant Federal Public Defender
525 Griffin Square, Suite 629
Dallas, TX 75202
(214) 767-2746
Jeremy_Schepers@fd.org

   s/ Erich Dryden
ERICH DRYDEN
Assistant Attorney General