UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TILON LASHON CARTER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:10-CV-969-Y |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent, | § | |

## ORDER

The matter before the Court is the unopposed motion to withdraw and substitute counsel filed May 27, 2020 (ECF no. 37) by attorney Robin Norris, Petitioner's counsel of record, requesting to withdraw and for this court to appoint the Federal Public Defender for the Northern District of Texas as Petitioner's new counsel. No party has filed an opposition to the motion.

Attorney Norris's motion to withdraw is **GRANTED**. Attorney Norris is excused from any further responsibilities in this action.

The Federal Public Defender for the Northern District of Texas, Capital Habeas Unit, is appointed as Petitioner's new counsel of record.

SIGNED July 15, 2020.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE